JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RAYMOND EUGENE BOYKIN,

              Petitioner,

    v.

RICK HILL,

              Respondent.

Case No. CV 21-9937 JLS (E)

**JUDGMENT**

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 10, 2022

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE